**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AMBIORIX DUVAL FLORES,

                  Petitioner.

       v.

                                                                   22 **CIVIL** 4040 (KMK)

UNITED STATES OF AMERICA,

                  Respondent.
------------------------------------------------------------------X
 UNITED STATES OF AMERICA,

                                                  21 **CR** 66 (KMK)

       v.                                          **JUDGMENT**

 AMBIORIX DUVAL FLORES,

                  Defendant.
------------------------------------------------------------------X

          It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated September 30, 2025, the Petition is dismissed with

prejudice. As Petitioner has not made a substantial showing of the denial of a constitutional right,

a Certificate of Appealability shall not be issued, *see* 28 U.S.C. § 2253(c)(2); *Lucidore v. N.Y.*

*State Div. of Parole*, 209 F.3d 107, 111–12 (2d Cir. 2000), and the Court further certifies, pursuant

to 28 U.S.C. § 1915(a)(3), that an appeal from this judgment on the merits would not be taken in

good faith, *see Coppedge v. United States*, 369 U.S. 438, 445 (1962) ("We consider a defendant's

good faith . . . demonstrated when he seeks appellate review of any issue not frivolous."); *Burda*

*Media Inc. v. Blumenberg*, 731 F. Supp. 2d 321, 322–23 (S.D.N.Y. 2010) (citing *Coppedge* and

finding that an appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith). Judgment is entered for Respondent in Case No. 22-CV-4040; accordingly, case No. 22-CV-4040 is closed.

**Dated:**  New York, New York
            September 30, 2025

                                        **TAMMI M. HELLWIG**
                                        _____
                                              **Clerk of Court**

                            **BY:**        *K. Mango*
                                        _____
                                              **Deputy Clerk**